IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 00-44T |
| | ) | |
| ISAAC WEBB | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITIONER'S MOTION FOR A REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and requests an extension of time to file a response to Petitioner's Motion For A Reduction of Sentence Pursuant to 18 U.S.C. §3582(c) for those reasons stated in the accompanying memorandum.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of March, 2008, I caused the Within Government's Motion for An Extension of Time to File a Response to Petitioner's Motion For A Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c), along with its accompanying memorandum, by first class prepaid mail to:

Isaac Webb
Reg. No. 44776-054
F.C.I. Fairton
P.O. Box 420
Fairton, NJ 08320

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. 00-44T |
| v. | : | |
| | : | |
| ISAAC WEBB | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITIONER'S MOTION FOR A REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

The government asks for four more weeks to respond to Petitioner's Motion for a Sentence Reduction pursuant to the new crack guidelines. Petitioner has moved pro se; counsel has not yet come in for him. It is the government's understanding that either the federal defender or CJA counsel will be coming in. The government would like to wait until that happens so that a stipulation can be worked out if that is warranted.

Respectfully submitted,
ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of March, 2008, I caused the Within Government's Motion for An Extension of Time to File a Response to Petitioner's Motion For A Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c), along with its accompanying memorandum, by first class prepaid mail to:

Isaac Webb
Reg. No. 44776-054
F.C.I. Fairton
P.O. Box 420
Fairton, NJ 08320

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov