IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 00-44T |
| | ) | |
| ISAAC WEBB | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and files a response to Defendant's Motion For A Reduction of Sentence Pursuant to 18 U.S.C. §3582(c) for those reasons stated in the accompanying memorandum.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 8th day of May, 2008, I caused the Government's Response to Defendant's Motion For A Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c), along with its accompanying memorandum, by first class prepaid mail to:

Isaac Webb
Reg. No. 44776-054
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. 00-44T |
| v. | : | |
| | : | |
| ISAAC WEBB | : | |

**MEMORANDUM IN SUPPORT OF GOVERNMENT'S RESPONSE DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

Defendant's original guideline calculation was as follows:

Total Offense Level __28_____.

Criminal History Category __IV_.

_110__ to _137__months imprisonment.

_____________4_ to _5__ years supervised release

$ 12,500 to $ 6,000,000 fine.

Defendant was sentenced on April 13, 2001 to 128 months imprisonment plus consecutive 18 months for contempt of court .

Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

Defendant's revised guideline calculation is a follows:

Total Offense Level __26__.

Criminal History Category __IV____.

______________92____ to __115_____ months imprisonment

______________4__ to _5_ years supervised release

$ 12,500 to $ 6,000,000 fine.

According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant has no significant Incident Reports.

Based upon the foregoing, the government states that a sentence of 107 months plus 18 months consecutive for contempt is appropriate in this matter.

The remainder of defendant's judgment should remain unchanged.

Respectfully submitted,
ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 8th day of May, 2008, I caused the Government's Response to Defendant's Motion For A Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c), along with its accompanying memorandum, by first class prepaid mail to:

Isaac Webb
Reg. No. 44776-054
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

/s/ ZECHARIAH CHAFEE
Zechariah Chafee
Assistant US Attorney
RI Bar #3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5002
zechariah.chafee@usdoj.gov