UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  Cr. No. 00-44T

ISAAC WEBB

### ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Isaac Webb's motion for a reduction of his sentence is DENIED for the following reasons:

1. The original sentence was above the low end of the applicable guideline range of 110-137 months because the court determined that any lesser sentence was insufficient, given Mr. Webb's role in the offense and his lack of remorse; and

2. During the period of incarceration, Mr. Webb has been the subject of eight (8) incident reports, suggesting that he has made little or no progress toward rehabilitation and will continue to pose a danger to the community if released.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Sr. U.S. District Judge
Date: March 10, 2009