UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR No. 00-44T |
| | : |
| ISAAC WEBB | : |

**MEMORANDUM AND ORDER**

In this matter, Defendant Isaac Webb filed an Application to Proceed Without Prepayment of Fees and Affidavit on April 27, 2009 (the "Application"). (Document No. 103). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a).

In the Application, Webb indicated that he is incarcerated, and obtained a certification that the balance in his prison account is $25.00. The form completed by Defendant, however, appears to be an out of date AO Form 240. AO Form 240 was updated in January 2009, and requires an applicant for *in forma pauperis* status to submit, "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account...."

This Court cannot determine whether Webb qualifies to have his Application granted in this case until Webb completes a current AO Form 240 and submits the proper documentation. Accordingly, the Clerk shall mail Webb a copy of AO Form 240. As stated in the Application, Webb must submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account...."

Webb must file the proper documentation by **June 20, 2009** or risk having his Application denied and this matter dismissed.

SO ORDERED

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 4, 2009

BY ORDER:

/s/ Barbara Gilfillan
Deputy Clerk

-2-